# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| FC42 | E1864969 | ANDALON | 1611 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 1/30/26 10:10PM | Title 6 CFR 139.35 (c) |

Place of Offense: ALAMEDA GATE
295 E. TEMPLE ST, LOS ANGELES, CA, 90012

HAZMAT ☐

Offense Description: Factual Basis for Charge

Creating a Loud Noise and Nuisance

### DEFENDANT INFORMATION

Last Name: RIVERA    STEVEN

Street Address: ▇▇▇▇▇▇▇

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 255 E. TEMPLE ST
LOS ANGELES, CA 90012
Roybal Federal Building 6th Floor

Date: 4/1/26
Time: 8:30 AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1864969*

CVB SCAN 02/09/2026 12:38
CVB SCAN 02/09/2026 12:38

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on January 30, 2026 while exercising my duties as a law enforcement officer in the Central District of California

"There was a demonstration turned unlawful assembly at the Roybal Federal Building, Alameda gate entrance. Los Angeles Police Department cleared the crowd from Alameda St. At approximately 9:40pm a group of demonstrators returned to the Alameda gate entrance. A white female subject was observed sitting on top of the electrical box swinging her legs and kicking the electrical box with her heels causing a loud noise.

After the female subject was arrested, RIVERA was given a verbal to stay off federal property and to stop banging on the electrical box. As we were walking away RIVERA proceeded to bang on the electrical box and cursed at us. RIVERA was arrested and citied for Title 6 CFR 139.35 (c) Creating a Loud Noise and Nuisance.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 1/30/2026    Officer's Signature

Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident